IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 18-cv-01456-DDD-NYW | Date: December 19, 2019 | |
| Courtroom Deputy: | Brandy Wilkins | FTR: NYW COURTROOM A-502* | |

| Parties | Attorney(s) |
|---|---|
| TORY HAMMOND, | *Pro se (by phone)* |
| **Plaintiff,** | |
| v. | |
| CLINTON WENHOLZ, CARTELLI, | *Katherine Pratt* |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**DISCOVERY CONFERENCE**

Court in Session: 10:00 a.m.

Appearance of counsel. No one is present on behalf of Defendant Cartelli.

Parties discuss issues outlined in the Status Report, Defendant's First Discovery Requests to Plaintiff, Plaintiff's Responses, and the Updated Status Report Regarding Plaintiff's Discovery Responses submitted directly to chambers. The court has also reviewed four videos submitted by GCSO.

Discussion regarding Interrogatory No. 5, Document Request No.'s 1 and 2 requesting a completed medical release form from Plaintiff.

**ORDERED: Plaintiff shall complete and return a medical release on or before January 17, 2020. If Plaintiff files the release with the court, he should request it to be Restricted Level 1.**

Parties indicate that issues on Document Request No.'s 3 and 4 have been resolved.

Parties discuss Document Request No. 6.

**ORDERED: Plaintiff is advised that any documents he intends to rely upon should be produced to Defendants on or before January 17, 2020.**

Defendant intends to proceed with Plaintiff's deposition on December 23, 2019.

**ORDERED: The Discovery deadline is extended to January 17, 2020. If parties wish to extend the Dispositive motion deadline, he may file a motion requesting such.**

Parties discuss Plaintiff Hammonds Second Request for Production of Documents [94] filed December 12, 2019 and request for additional camera video.

**ORDERED: Defendants shall produce the additional camera video on or before January 17, 2020. If no additional video exists, Defendants shall file a Status Report including a declaration under oath by a client representative.**

**ORDERED: Plaintiff Hammonds Second Request for Production of Documents [94] is GRANTED in PART and DENIED in PART.**

Plaintiff is seeking the letter that was sent to the main Sheriff's office within three weeks of this incident. Defendant Wenholz indicates that he is not in custody or control of any document.

**ORDERED: Defendant Wenholz shall include a declaration under oath if one hasn't been provided.**

Parties discuss the status of Defendant Cartelli. Counsel for Defendant Wenholz believes he is in Florida and no longer in law enforcement or retired.

**ORDERED: Defendant shall inquire about Defendant Cartelli's last known address, and if one is found, shall file it under restriction on or before January 17, 2020.**

Court in Recess: 10:31 a.m.        Hearing concluded.        Total time in Court: 00:31

*To order transcripts of hearings, please contact either AB Court Reporting & Video, Inc. at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.